**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX TRADING LTD., WEST REALM SHIRES SERVICES, INC., and ALAMEDA RESEARCH LTD., | |
| Plaintiffs, | |
| - against - | |
| MIRANA CORP., BYBIT FINTECH LTD., TIME RESEARCH LTD., SIN WEI "SEAN" TAN, WEI LIN "GERMAINE" TAN, WEIZHENG YE, and NASHON LOO SHUN LIANG, | Adv. Proc. No. 23-50759 |
| Defendants. | |

**DECLARATION OF DANIEL S. SHAMAH IN SUPPORT OF DEFENDANT BYBIT FINTECH LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**

I, Daniel S. Shamah, declare as follows:

1. I am an attorney admitted to the State Bar of New York and a Partner at O'Melveny & Myers LLP, counsel of record for Defendant Bybit Fintech Ltd. I was admitted to this Court *pro hac vice* on January 29, 2024. I submit this Declaration in support of Bybit Fintech Ltd.'s ("Bybit") Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (the "Motion"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

4854-2751-2226.2

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Bybit's Terms and Conditions, as downloaded from https://www.bybit.com/app/terms-service/information by one of my colleagues at O'Melveny & Myers LLP, on or around February 1, 2024.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Mantle (f/k/a/ BitDAO) governance proposal "MIP-27: Clarification of $BIT to $MNT migration policy and service" ("Clarification of Token Conversion Proposal"), cited in Plaintiff's Complaint at paragraph 76, footnote 18, as downloaded from https://snapshot.org/#/bitdao.eth/proposal/0x00625c4f2d9aa9d4efb41ef3d0942194ca2087fae0599deced8b8ed86372c6c2 by one of my colleagues at O'Melveny & Myers LLP, on or around February 5, 2024.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Mantle (f/k/a/ BitDAO) governance proposal "MIP-22: Mantle Token Design, Conversion Parameters, and Asset Handling" ("Mantle Token Conversion Proposal"), expressly cited, linked, and referenced in the Clarification of Token Conversation Proposal, as downloaded from https://snapshot.org/#/bitdao.eth/proposal/0x950dac4d5715b8aa8eab29c484b1c9dd0eed161141262b0425874f65be4d9f8e by one of my colleagues at O'Melveny & Myers LLP, on or around February 2, 2024.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 6th day of February, 2024 at New York, New York.

By: */s/ Daniel S. Shamah*
Daniel S. Shamah

#05788147