# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., WEST REALM SHIRES SERVICES, INC., and ALAMEDA RESEARCH LTD.,<br><br>                            Plaintiffs,<br><br>                  -against-<br><br>MIRANA CORP., BYBIT FINTECH LTD., TIME RESEARCH LTD., SIN WEI "SEAN" TAN, WEI LIN "GERMAINE" TAN, WEIZHENG YE, and NASHON LOO SHUN LIANG,<br>                            Defendants. | Adv. Pro. No. 23-50759 (JTD) |

## DECLARATION OF ERIC DAUCHER

I, Eric Daucher, hereby declare and state pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Norton Rose Fulbright US LLP, attorneys for defendant Mirana Corp. ("Mirana"). I am fully familiar with the facts set forth herein. I submit this declaration in support of the motion filed by Mirana to dismiss the complaint in the above-captioned adversary proceeding.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. A list of Debtors and the last four digits of their tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2. Attached hereto as <u>Exhibit 1</u> are true and correct copies of screenshots captured on January 25, 2024, of the website https://about.ftx.com as archived by the Internet Archive Wayback Machine (https://archive.org/web/) as of November 1, 2022.

3. Attached hereto as <u>Exhibit 2</u> are true and correct copies of screenshots captured on January 25, 2024, of the website https://help.ftx.com/hc/en-us/articles/360024788391-FTX-Terms-of-Service as archived by the Internet Archive Wayback Machine (https://archive.org/web/) as of October 6, 2022.

4. Attached hereto as <u>Exhibit 3</u> are true and correct copies of screenshots captured on January 25, 2024, of the website https://help.ftx.com/hc/en-us/articles/360042412652-Location-Restrictions- as archived by the Internet Archive Wayback Machine (https://archive.org/web/) as of October 6, 2022.

5. Attached hereto as <u>Exhibit 4</u> are true and correct copies of screenshots captured on January 25, 2024, of the website https://help.ftx.com/hc/en-us/articles/360056976411-Jurisdiction-regulations-licensing-and-practices as archived by the Internet Archive Wayback Machine (https://archive.org/web/) as of October 5, 2022.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the "FTX Terms of Service" dated May 13, 2022, as filed by Debtors in the above-captioned chapter 11 cases as Exhibit G to the Declaration of Edgar G. Mosley dated December 30, 2022 (D.I. 337-1).

7. Attached hereto as <u>Exhibit 6</u> are true and correct copies of screenshots captured on January 25, 2024, of the website https://help.ftx.com/hc/en-us/articles/360044358751-VIP-Program-and-Market-Maker-Policy as archived by the Internet Archive Wayback Machine (https://archive.org/web/) as of August 17, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 6th day of February, 2024

*/s/ Eric Daucher*
Eric Daucher

3