UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., WEST REALM SHIRES SERVICES, INC., and ALAMEDA RESEARCH LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>MIRANA CORP., BYBIT FINTECH LTD., TIME RESEARCH LTD., SIN WEI "SEAN" TAN, WEI LIN "GERMAINE" TAN, WEIZHENG YE, and NASHON LOO SHUN LIANG,<br><br>Defendants. | Adv. Pro. No. 23-50759 (JTD) |

**DECLARATION OF PETER J. BEHMKE**

I, Peter J. Behmke, hereby declare:

1. I am a member in good standing of the Bar of the State of New York and am admitted *Pro Hac Vice* to practice before this Court. I am a partner at Herbert Smith Freehills New York LLP and am one of the attorneys representing Sin Wei "Sean" Tan, Wei Lin "Germaine" Tan, Weizheng Ye, and Nashon Loo Shun Liang (the "Individual Defendants") in the above-captioned cases. I submit this declaration in support of our Motion to Dismiss (the "Motion"), filed concurrently herewith, to place before the Court certain documents and information referred to in the Motion.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.

2

2. Attached hereto as **Exhibit 1** is a true and correct copy of FTX.com's Terms of Service dated, May 13, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of FTX.US's User Agreement dated, September 16, 2022.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in New York, New York on this 6th day of February 2024.

By: *Peter J. Behmke*