IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., WEST REALM SHIRES SERVICES, INC., and ALAMEDA RESEARCH LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>MIRANA CORP., BYBIT FINTECH LTD., TIME RESEARCH LTD., SIN WEI "SEAN" TAN, WEI LIN "GERMAINE" TAN, WEIZHENG YE, and NASHON LOO SHUN LIANG,<br><br>Defendants. | Adv. Pro. No. 23-50759 (JTD) |

## DECLARATION OF YAXI ZHU

I, Yaxi Zhu, hereby declare and state pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of defendant Mirana Corp.'s ("Mirana") motion to dismiss the complaint. The statements in this declaration are based upon my personal knowledge.

2. Since April 2021, I have been a Mirana shareholder and a member of the board of directors of Mirana.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. A list of Debtors and the last four digits of their tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

3. I am a citizen of the People's Republic of China. I have never been a citizen or permanent resident of the United States.

4. Since October 2020, I have maintained my primary residence in Singapore ("Singapore Residence"). While I travel outside Singapore from time to time for personal or business reasons, I spend most nights of the year at my Singapore Residence.

5. I have my business address and office at Mirana's principal office in Singapore. I have never had a business address or office in the United States.

6. Since March 2022, I have maintained an apartment in New York City as an investment property ("New York Apartment"). I own that apartment indirectly through a limited liability company. I stay at the New York Apartment when I visit New York City from time to time. During 2022 and 2023, I had spent an average of approximately 50 nights per calendar year in the United States. I have not been in the United States in 2024.

7. Since 2014, I have maintained a personal social media account on Twitter (now known as X).

8. At the time I created my personal Twitter account in 2014, I selected "New York, NY" as the "location" appearing on the account profile. My selection of a "location" in that account profile did not reflect, and was not intended to reflect, my place of residence or place of business at that time (which was not New York).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the __8__ day of May, 2024

_____Yaxi Zhu_____
Yaxi Zhu